# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

_____

|  |  |  |
|---|---|---|
| DUSTIN JOHN HIGGS, | : | |
| | : | |
| Petitioner-Appellant, | : | No. 20-2129 |
| | : | |
| v. | : | CAPITAL CASE |
| | : | |
| T. J. WATSON, Warden, | : | |
| | : | |
| Respondent-Appellee. | : | |
| | : | |

_____

## DOCKETING STATEMENT

The District Court had jurisdiction under 28 U.S.C. § 2241, and to give effect to Petitioner's privilege of the writ of habeas corpus, as guaranteed by Article 1, Section 9, Clause 2 of the United States Constitution.

The judgment being challenged was entered on April 30, 2020. The judgment was a final order disposing of all claims. No motion for new trial or to alter or amend the judgment was filed. The notice of appeal was filed in the District Court on June 26, 2020. The notice of appeal was timely filed under Fed. R. App. P. 4(a)(1)(B), as Respondent Watson is a United States officer. This Court has jurisdiction under 28 U.S.C. § 1291.

This appeal is a collateral attack on a criminal conviction. Petitioner is confined at USP Terre Haute, Terre Haute, Indiana. The warden is Respondent Watson.

Mr. Higgs filed a direct appeal of his criminal conviction to the Fourth Circuit Court of Appeals, which upheld the convictions and sentences on direct appeal. *United States v. Higgs*, No. 01-3, 353 F.3d 281 (4th Cir. 2003).

While the direct appeal was pending, Mr. Higgs filed a motion for a new trial, alleging that the government had withheld *Brady* material relating to two witnesses. The District Court denied the motion for new trial, and the Fourth Circuit again affirmed. *United States v. Higgs*, No. 03-19, 95 F. App'x 37 (4th Cir. 2004). Certiorari was denied with respect to each appeal. *Higgs v. United States*, 542 U.S. 999 (2004); *Higgs v. United States*, 543 U.S. 1004 (2004).

Mr. Higgs sought relief from his convictions and sentences under 28 U.S.C. § 2255. The District Court denied relief and the Fourth Circuit affirmed the denial of relief. *United States v. Higgs*, No. 10-7, 663 F.3d 726 (4th Cir. 2011). The United States Supreme Court denied certiorari. *Higgs v. United States*, 133 S. Ct. 787 (2012).

Mr. Higgs moved for relief from the judgment in the § 2255 proceeding, pursuant to Fed. R Civ. P. 60(d). The District Court denied the motion for relief.

The Fourth Circuit denied a certificate of appealability, *United States v. Higgs*, No. 16-15, Order (4th Cir. Feb. 23, 2017), and the Supreme Court denied certiorari. *Higgs v. United States*, 138 S. Ct. 2572 (2018).

On May 23, 2016, Mr. Higgs filed in the Fourth Circuit a motion for leave to file a successive motion for relief under 28 U.S.C. § 2255. By a 2-1 vote, the Fourth Circuit denied the motion. *In re Higgs*, No. 16-8, Order (4th Cir. June 27, 2016).

On January 6, 2020, Mr. Higgs filed in the Fourth Circuit a second motion for leave to file a successive motion for relief under 28 U.S.C. § 2255. The Fourth Circuit again denied the motion. *In re Higgs*, No. 20-2, Order (4th Cir. Feb. 6, 2020).

Mr. Higgs sought records related to his case pursuant to the Freedom of Information Act. Both parties appealed aspects of the District Court's decision. This Court rendered its decision on August 13, 2019. *Higgs v. United States Park Police*, Nos. 18-2826, 18-2937, 933 F.3d 897 (7th Cir. 2019).

Undersigned counsel's information is as follows:  Matthew C. Lawry, Federal Community Defender Office, Eastern District of Pennsylvania, 601 Walnut Street, The Curtis, Suite 545 West, Philadelphia, PA 19106.  Phone: (215) 928-0520.  Matthew_Lawry@fd.org.

Respectfully submitted,


/s/ Matthew C. Lawry
Matthew C. Lawry
Federal Community Defender Office
for the Eastern District of Pennsylvania
Curtis Center, Suite 545-West
601 Walnut Street
Philadelphia, PA 19106
215-928-0520
Matthew_Lawry@fd.org

Dated:  July 8, 2020

**CERTIFICATE OF SERVICE**

I, Matthew Lawry, hereby certify that on this 8th day of July, 2020, I

submitted the foregoing document via the Court's electronic filing system to:

Brian L. Reitz
Assistant United States Attorney
10 West Market Street
Suite 2100
Indianapolis, IN  46204


/s/ Matthew C. Lawry
Matthew C. Lawry