|  |  |  |
|---|---|---|
| | : | |
| DUSTIN JOHN HIGGS, | : | |
| | : | |
| Appellant, | : | No. 20-2129 |
| | : | |
| v. | : | |
| | : | |
| T. J. WATSON, | : | |
| | : | |
| Appellee. | : | |
| | : | |

## APPELLANT'S UNOPPOSED
## MOTION FOR EXTENSION OF TIME
## TO FILE INITIAL BRIEF

Appellant Dustin Higgs, by undersigned counsel, respectfully requests a thirty day extension of time in which to file his initial brief. In support thereof, Mr. Higgs shows the following:

1. On July 27, 2020, this Court entered a Scheduling Order directing Mr. Higgs to file his initial brief on or before August 26, 2020.

2. Undersigned counsel is involved in expedited discovery proceedings ordered by the United States Supreme Court in a capital case from Texas.

3. On June 15, 2020, undersigned counsel, as counsel of record, filed a certiorari petition and stay application in the case of *Gutierrez v. Saenz*, No. 19-8695. On June 16, 2020, the Supreme Court granted the stay and directed the district court to "promptly determine, based on whatever evidence the parties provide, whether serious security problems would result if a prisoner facing execution is permitted to choose the spiritual adviser the prisoner wishes to have in his immediate presence during the execution." *Id.*; 2020 WL 3248349, *1 (U.S. June 16,

1

2020). The Supreme Court has scheduled the conference on the certiorari petition for September 29, 2020. *See id.* (Docket for Case No. 19-8695).[1]

4. On July 1, 2020 (after previously having set an even more expedited schedule), the District Court in *Gutierrez* ordered the parties to disclose witnesses by July 23, 2020; complete discovery by August 21, 2020; and brief the issue on which the stay was granted (involving claims under the First Amendment and the Religious Land Use and Institutionalized Persons Act, 42 U.S.C. § 2000cc et seq.), and a separate issue regarding the denial of DNA testing by September 4, 2020. *Gutierrez v. Saenz*, No. 19-185, Order (S.D. Tex. July 1, 2020). This abbreviated time schedule is necessary in order for the District Court to decide the issue remanded by the Supreme Court before the Supreme Court conferences the case.

5. Pursuant to the schedule ordered by the District Court, the parties have completed most document-based discovery, and Plaintiff's deposition has been taken. Depositions are now scheduled for August 11, August 13, August 18, August 19, and August 21, with the briefing to be completed by September 4.

6. Under the circumstances, counsel will be unable to complete and file a professionally appropriate initial brief by the current due date. A sworn declaration detailing the reasons for this extension request is attached hereto.

7. Undersigned counsel has contacted Brian Reitz, Esq., counsel for the Warden, who has authorized counsel to represent that the Warden does not object to this request.

---

[1] A recent docket entry indicates that the conference date may be rescheduled.

WHEREFORE, Mr. Higgs respectfully requests that the Court grant him an extension of

thirty days, until September 25, 2020, in which to file his initial brief.

Respectfully submitted,

/s/ Matthew C. Lawry
Matthew C. Lawry
Federal Community Defender Office
Eastern District of Pennsylvania
601 Walnut Street
Curtis Center, Suite 545-West
Philadelphia, PA 19106
Phone: (215) 928-0520
Fax: (215) 928-0826
Matthew_Lawry@fd.org

Counsel for Appellant
Dustin John Higgs

Dated:  August 11, 2020

**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2020, the foregoing was filed electronically through

ECF/CM.  Notice of this filing will be sent to the following parties by operation of the Court's

electronic filing system.  Parties may access this filing through the Court's system:

Brian L. Reitz
Assistant United States Attorney
10 West Market Street
Suite 2100
Indianapolis, IN  46204

/s/ Matthew C. Lawry
Matthew C. Lawry
Federal Community Defender Office