DECLARATION OF MATTHEW LAWRY
PURSUANT TO 28 U.S.C. §1746

I, Matthew Lawry, do hereby declare and verify as follows:

1. My name is Matthew Lawry. I am an attorney licensed to practice law in the Commonwealth of Pennsylvania. I am employed by the Federal Community Defender Office for the Eastern District of Pennsylvania, in the Capital Habeas Unit. I am counsel for Dustin Higgs in the appeal, *Dustin Higgs v. T.J. Watson*, No. 20-2129 (7th Cir.).

2. Mr. Higgs's initial brief is due in this Court on August 26, 2020. With due diligence, it will not be possible for me to file the brief by the current due date.

3. I am engaged in litigation of numerous capital collateral proceedings. In particular, I am responsible for litigation in the Texas capital case of Ruben Gutierrez. On June 16, 2020, the Supreme Court granted Mr. Gutierrez a stay shortly before his scheduled execution, based on claims Mr. Gutierrez had raised that his execution would violate the First Amendment and the Religious Land Use and Institutionalized Persons Act, 42 U.S.C. § 2000bb et seq. ("RLUIPA").

4. In addition to granting the stay, the Court directed the district court to "promptly determine, based on whatever evidence the parties provide, whether serious security problems would result if a prisoner facing execution is permitted to choose the spiritual adviser the prisoner wishes to have in his immediate presence during the execution."

5. Pursuant to that directive from the Supreme Court, the district court has set an expedited schedule for discovery and briefing. As that schedule currently stands, the parties have been directed to complete discovery by August 21. The parties are also required to submit briefs on the First Amendment/RLUIPA issue, as well as a separate issue regarding the denial of DNA testing, by September 4. Depositions are now scheduled for August 11, August 13, August 18, August 19, and August 21.

6.      Furthermore, the issues to be briefed in this case are complex. Mr. Higgs must both brief a novel question concerning the availability to a federal prisoner of relief under 28 U.S.C. § 2241, and the merits of Mr. Higgs's underlying claims for relief under *United States v. Davis*, 139 S. Ct. 2319 (2019).

7.      As the result of the competing demands of other litigation and the complexity of this appeal, I will not be able with due diligence to file a professionally appropriate brief by the current due date of August 26, 2020.

8.      I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information and belief, subject to 28 U.S.C. §1746.

                              /s/ Matthew Lawry
                              Matthew Lawry