# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| Everett McKinley Dirksen United States Courthouse | Office of the Clerk |
|---|---|
| Room 2722 - 219 S. Dearborn Street | Phone: (312) 435-5850 |
| Chicago, Illinois 60604 | www.ca7.uscourts.gov |

## ORDER

August 13, 2020

*By the Court:*

| | |
|---|---|
| No. 20-2129 | DUSTIN J. HIGGS, <br> Petitioner - Appellant <br><br> v. <br><br> T. J. WATSON, Warden, <br> Respondent - Appellee |

| **Originating Case Information:** |
|---|
| District Court No: 2:16-cv-00321-JMS-MJD <br> Southern District of Indiana, Terre Haute Division <br> District Judge Jane Magnus-Stinson |

Upon consideration of the **APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE INITIAL BRIEF**, filed on August 11, 2020, by counsel Appellant Dustin Higgs,

**IT IS ORDERED** that the motion is **GRANTED** and briefing will proceed as follows:

1. The brief and required short appendix of the appellant are due by September 25, 2020.

2. The brief of the appellee is due by October 26, 2020.

3. The reply brief of the appellant, if any, is due by November 16, 2020.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals are scheduled after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your appeal might be scheduled, please write the clerk advising him of the time period and the reason for your unavailability. The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once an appeal has been scheduled for oral argument, it is very difficult to have the date changed. See Cir. R. 34(e).

form name: **c7_Order_BTC**(form ID: **178**)