| | | |
|---|---|---|
| DUSTIN JOHN HIGGS, | ) | USCA No. 20-2129 |
| | ) | |
| Petitioner-Appellant, | ) | Appeal from the United States |
| v. | ) | District Court for the Southern |
| | ) | District of Indiana, |
| | ) | Terre Haute Division |
| T.J. WATSON, Warden, | ) | |
| | ) | USDC No. 2:16-cv-00321-JMS-MJD |
| Respondent-Appellee. | ) | Hon. Jane Magnus-Stinson, *Judge.* |

## APPELLEE'S MOTION FOR
## EXTENSION OF TIME TO FILE BRIEF

Respondent-Appellee, T.J. Watson, warden, by Josh J. Minkler, United States Attorney for the Southern District of Indiana, and Brian Reitz, Assistant United States Attorney, moves this Court for an extension of time in which to file his Brief of Appellee, and in support states as follows:

1. The Brief of Appellee is due on October 26, 2020. (D. 6.)

2. The petitioner has raised one issue on appeal. (A. Br. 1.)

3. The respondent has not received a prior extension of time in this case.

4. The petitioner has received one extension of time in this case. (D. 5, 6.)

5. For the reasons set forth in counsel's affidavit, counsel is unable to complete the brief in the time presently allotted.

6.      An extension of 30 days from the current due date of October 26, 2020, to November 25, 2020, is necessary to file the brief.

WHEREFORE, counsel for the respondent requests an extension of time within which to file its brief, up to and including November 25, 2020.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney


By:     s/ Brian Reitz
        Brian Reitz
        Assistant United States Attorney

**AFFIDAVIT IN SUPPORT OF MOTION**
**FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF**

1.    I am the Assistant United States Attorney responsible for responding to this brief.

2.    I have reviewed the brief filed by the appellant.  The appellant has raised one issue for appellate review.

3.    Upon exercising due diligence, I am unable to complete the appellee's brief by October 26, 2020, for the following reasons:

   a.    The petitioner filed his brief on September 25, 2020. Subsequent to that, the undersigned has:

   i. Filed the Brief of Appellee in *United States v. Filzen*, No. 20-1071, on October 5, 2020.

   ii. Presented oral argument before this Court in *United States v. Onamuti*, No. 19-1153, on October 6, 2020.

   b.    In addition, the undersigned is responsible for the Brief of Appellee in *United States v. Evans*, No. 20-2270, which is due on November 11, 2020.  The undersigned has received one extension of time in this case and therefore plans to prioritize it.

c.   The undersigned will also be presenting oral argument before this Court in *United States v. Jett and McKissick*, Nos. 19-1622, 19-1673, on October 27, 2020.

d.   Finally, because this is a habeas corpus petition under 28 U.S.C. § 2241, and a capital case, the undersigned will need to coordinate the Brief of Appellee with the petitioner's district of conviction, the District of Maryland.  This will require additional time.

4.   In light of the above responsibilities, the undersigned does not believe that the Brief of Appellee can be filed until the date requested.

5.   The undersigned has not requested a previous extension of time to file this brief and this request is not made for the purposes of delay.

I affirm, under the penalties for perjury, that the foregoing representations are true to the best of my knowledge and belief.

s/ Brian Reitz
Brian Reitz
Assistant United States Attorney

# CERTIFICATE OF SERVICE

I certify that on October 6, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system to the following:

Matthew C. Lawry
Office of the Federal Community Defender
Eastern District of Pennsylvania - Capital Habeas Unit
matthew_lawry@fd.org

s/ Brian Reitz
Brian Reitz
Assistant United States Attorney
Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 229-2434