

# U.S. Department of Justice

*United States Attorney*
*Southern District of Indiana*

*10 West Market Street*
*Suite 2100*
*Indianapolis, IN 46204-3048*

*(317) 226-6333*
*TDD (317) 226-5438*

*FAX NUMBERS:*
*Criminal (317) 226-6125*
*Administration (317) 226-5176*
*Civil (317) 226-5027*
*FLU (317) 226-6133*
*OCDETF (317) 226-5953*

November 20, 2020

Mr. Christopher G. Conway
Clerk of the Court
United States Court of Appeals
for the Seventh Circuit
219 South Dearborn Street, Suite 2722
Chicago, Illinois 60604

RE:     *Dustin John Higgs v. T.J. Watson, Warden*, Case No. 20-2129

Dear Mr. Conway:

The United States hereby notifies the Court that the Director of the Federal Bureau of
Prisons, upon the direction of the Attorney General and in accordance with 28 C.F.R. Part 26,
has scheduled the execution of Dustin John Higgs for January 15, 2021.

Sincerely,

JOSH J. MINKLER
United States Attorney

By:   s/ Brian Reitz_____
      Brian Reitz
      Assistant United States Attorney

# CERTIFICATE OF SERVICE

I certify that on November 20, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system to the following:

Matthew C. Lawry
Office of the Federal Community Defender
Eastern District of Pennsylvania - Capital Habeas Unit
matthew_lawry@fd.org

<div style="margin-left:40%">

 s/ Brian Reitz
Brian Reitz
Assistant United States Attorney
Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 229-2434

</div>