## UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

_____

DUSTIN JOHN HIGGS,

                    Appellant,

       v.

T. J. WATSON,

                    Appellee.

_____

No. 20-2129

## APPELLANT'S MOTION FOR LEAVE
## TO FILE SECOND SUPPLEMENTAL APPENDIX

Appellant Dustin Higgs, by undersigned counsel, respectfully requests leave to file a second supplemental appendix. In support thereof, Mr. Higgs shows the following:

1. On September 25, 2020, Mr. Higgs filed his Initial Brief and Appendix.

2. On November 20, 2020, the Government filed its Brief and a Supplemental Appendix.

3. In the course of preparing Mr. Higgs's reply brief, counsel have determined that it would assist to the Court to have available

1

certain materials not included in the previously filed appendices. These materials are not lengthy. They are included in the attached proposed second supplemental appendix.

4.     Granting permission for leave to file this second supplemental appendix would be in the interest of full review of the issues in this capital case, and consistent with Seventh Circuit Rule 30(e).

WHEREFORE, Mr. Higgs respectfully requests that the Court allow him to file the attached second supplemental appendix.

Respectfully submitted,

/s/ Matthew C. Lawry
Matthew C. Lawry
Federal Community Defender Office
Eastern District of Pennsylvania
601 Walnut Street
The Curtis, Suite 545-West
Philadelphia, PA 19106
Phone: (215) 928-0520
Fax: (215) 928-0826
Matthew_Lawry@fd.org

Counsel for Appellant
Dustin John Higgs

Dated: December 16, 2020

# CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2020, the foregoing was filed electronically through ECF/CM. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Brian L. Reitz
Assistant United States Attorney
10 West Market Street
Suite 2100
Indianapolis, IN 46204


/s/ Matthew C. Lawry
Matthew C. Lawry
Federal Community Defender Office