# FEDERAL COMMUNITY DEFENDER OFFICE
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FEDERAL COURT DIVISION - DEFENDER ASSOCIATION OF PHILADELPHIA

SUITE 540 WEST -- THE CURTIS CENTER
601 WALNUT STREET
PHILADELPHIA, PA 19106

*LEIGH M. SKIPPER*
CHIEF FEDERAL DEFENDER

PHONE NUMBER (215) 928-1100
FAX NUMBER (215) 928-1112
FAX NUMBER (215) 928-0822
FAX NUMBER (215) 861-3159

*HELEN A. MARINO*
FIRST ASSISTANT FEDERAL
DEFENDER

January 8, 2021

Christopher G. Conway, Clerk
U.S. Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street, Room 2722
Chicago, IL 60604

>  **Re:** *Higgs v. Watson*, **No. 20-2129**
>  **Dustin Higgs's Notice of Supplemental Authority,**
>  **Pursuant to Federal Rule of Appellate Procedure 28(j)**

Dear Mr. Conway:

Appellant Dustin Higgs submits this notice of supplemental authority. As was discussed at oral argument, the Government has moved to amend the trial court's sentencing judgment and order to authorize execution of Mr. Higgs in Indiana and pursuant to Indiana law. The United States District Court for the District of Maryland denied that motion. *United States v. Higgs*, Criminal No. PJM 98-520, 2020 WL 7707165 (D. Md. Dec. 29, 2020) (attached). The Government has appealed that decision.

On January 7, 2021, the Fourth Circuit issued the attached order. Order, *United States v. Higgs*, No. 20-18 (4th Cir. Jan. 7, 2021). The Government has since moved for expedited argument and for a decision by January 12, 2021.

Respectfully submitted,


/s/ Matthew C. Lawry                                   /s/ Stephen H. Sachs
Matthew C. Lawry                                       Stephen H. Sachs
Federal Community Defender Office                      Roland Park Place
  for the Eastern District of Pennsylvania             830 W. 40th Street, Apt. 864
The Curtis, Suite 545-West                             Baltimore, MD 21211
601 Walnut Street                                      410-243-4589
Philadelphia, PA 19106                                 Steve.Sachs@wilmerhale.com
215-928-0520
Matthew_Lawry@fd.org


cc:  Brian Reitz, AUSA (via ECF)