# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

January 11, 2021

Before:   DIANE P. WOOD, Circuit Judge
MICHAEL B. BRENNAN, Circuit Judge
MICHAEL Y. SCUDDER, Circuit Judge

| | |
|---|---|
| No. 20-2129 | DUSTIN JOHN HIGGS, <br> Petitioner - Appellant <br><br> v. <br><br> T. J. WATSON, Warden, <br> Respondent - Appellee |

| **Originating Case Information:** |
|---|
| District Court No: 2:16-cv-00321-JMS-MJD <br> Southern District of Indiana, Terre Haute Division <br> District Judge Jane Magnus-Stinson |

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)